UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

SHAMSUDDIN A. ABDUL-HAKIM BEY

    Plaintiff,

- against -

28TH POLICE PRECINCT POLICE HEADQUARTERS; CHIEF ALTOBELLI; MAYOR WILLIAM DeBLASIO; GOVERNOR ANDREW CUOMO; NEW YORK CITY POLICE COMMISSIONER BRATTON'S OFFICES; NEW YORK STATE; UNITED STATES GOVERNMENTAL DEPTS. AND OFFICES,

    Defendants.
----------------------------------------X

NOT FOR PUBLICATION
MEMORANDUM & ORDER
16-CV-2362 (CBA)(RML)

**AMON, United States District Judge:**

Plaintiff Shamsuddin A. Abdul-Hakim Bey ("plaintiff"), filed this pro se complaint pursuant to 42 U.S.C. § 1983 alleging that unidentified members of the New York City Police Department ("NYPD") violated his constitutional rights by threatening and harassing him, and failing to release his property. By Order dated May 19, 2017, the Court dismissed the complaint without prejudice for failure to state a claim on which relief may be granted, but granted plaintiff leave to file an amended complaint within thirty (30) days to allege each defendant's direct or personal involvement in the alleged deprivation of his constitutional rights. (D.E. # 6.) Plaintiff has not filed an amended complaint and the time for doing so has passed. Accordingly, the complaint is hereby dismissed without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of

1



an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to enter judgment and close this case.

SO ORDERED.                                  /S/ USDJ CAROL BAGLEY AMON

                                             _____
                                             Carol Bagley Amon
                                             United States District Judge

Dated: Brooklyn, New York
       November 15, 2017